94–1777. State v. Dunlap. *Hamilton County,* No. C–930121. On motion for stay of execution pending petition for certiorari to the United States Supreme Court. Motion granted.